# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| JAMES FIELDS, JR., | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-14-0064-F |
| MEDICAL ARMOR, et al., | ) |
| Defendants. | ) |

## ORDER

The Report and Recommendation of the magistrate judge, doc. no. 19, recommends denial of plaintiff's motion for leave to appear in forma pauperis, doc. no. 18. No objection has been filed to the Report, and no extension of time within which to object has been requested. Nor has the filing fee been paid. Having reviewed the matter, the Report is **ACCEPTED**, **AFFIRMED** and **ADOPTED**, and the motion for pauper status is **DENIED**. As recommended in the Report, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The "Amended Mandamus and Civil 1983 Complaint" filed by the plaintiff, doc. no. 20, was docketed as a "Motion for Order." The motion is **STRICKEN** as moot because this action is dismissed. Plaintiff also submitted a letter to the magistrate judge, filed at doc. no. 21. The court does not act on correspondence, and the matters covered in the letter are moot in any event.

Dated this 18th day of April, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0064p001.wpd